NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000056
20-FEB-2014
08:06 AM**

NO. CAAP-12-0000056

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE RIGHTSTAR RELATED CASES

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-RIGHTSTAR)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal With Prejudice" filed February 18, 2014, within which the parties agree that each party shall bear their own costs; the "Defendants-Appellees The Essential Planning Group, Inc., Hal Martin, Steve Buss and Margaret Bowen's Notice of Withdrawal of 05/13/2013 Request for Attorney's Fees and Costs" filed February 19, 2014; and the records and files herein,

IT IS HEREBY ORDERED that the "Stipulation for Dismissal of Appeal With Prejudice" is approved, this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), and each party shall bear their own respective costs.

DATED: Honolulu, Hawai'i, February 20, 2014.

Presiding Judge

Associate Judge

Associate Judge